# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| DeCosta v. Carlson | CAAP–12–00 00001 | 02/21/2013 | Affirmed |
| State v. Wicks | CAAP–11–00 00929, CAAP–11–00 00930 | 02/21/2013 | Vacated and Remanded |
| State ex rel. Bennett ex rel. Saito v. Hawaii Government Employees Ass'n, AFSCME Local No. 152, AFL-CIO | 29352 | 02/27/2013 | Affirmed |
| Kanahele v. Brodbeck | CAAP–11–00 01100 | 02/28/2013 | Vacated and Remanded |
| Botelho v. Atlas Recycling Centers, LLC | 30226 | 02/28/2013 | Vacated and Remanded |